**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JESUS FAUSTO MARISCAL, | ) NO. CV 18-4124-JGB (E) |
| Petitioner, | ) |
| v. | ) ORDER ACCEPTING FINDINGS, |
| FELICIA PONCE, Warden, | ) CONCLUSIONS AND RECOMMENDATIONS OF |
| Respondent. | ) UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Petition, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which any objections have been made. The Court accepts and adopts the Magistrate Judge's Report and Recommendation.

IT IS ORDERED that Respondent's Motion to Dismiss is granted and Judgment shall be entered denying and dismissing the Petition without prejudice.

///

1    IT IS FURTHER ORDERED that the Clerk serve copies of this Order,
2    the Magistrate Judge's Report and Recommendation and the Judgment
3    herein on Petitioner and counsel for Respondent.

4

5    LET JUDGMENT BE ENTERED ACCORDINGLY.

6

7    DATED: ___June 26_____, 2018.

8

9

10   _____
11              JESUS G. BERNAL
            UNITED STATES DISTRICT JUDGE