JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JESUS FAUSTO MARISCAL, | ) NO. CV 18-4124-JGB (E) |
| Petitioner, | ) |
| v. | ) |
| FELICIA PONCE, Warden, | ) JUDGMENT |
| Respondent. | ) |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: __June 26_____, 2018

_____
JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE